UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60483-CIV-ZLOCH

ACCESS FOR THE DISABLED,
INC., et al.

    Plaintiffs,

vs.                                           **O R D E R**

T.S. MARGATE CO., LTD.,

    Defendant.
_____/

    THIS MATTER is before the Court upon Defendant T.S. Margate Co., Ltd.'s Motion To Preclude Discovery Based On Sanction Of Involuntary Dismissal Of Related Prior Action (DE 14). The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

    Plaintiffs initiated the above-styled cause with the filing of their Complaint (DE 1) on April 3, 2008. This action was previously filed on July 9, 2007, as Case No. 07-60955-civ-Zloch (hereinafter "Prior Action"). The Court dismissed said Prior Action for Plaintiffs' failure to comply with the Court's Order For Pre-trial Conference. See DE Nos. 9 & 30 of Prior Action. Specifically, Plaintiffs failed to file a Joint Pre-trial Stipulation or Unilateral Pre-trial Catalogue within the time prescribed by the Court's Order.

    Pre-trial Conference in the Prior Action was set for November 16, 2007. The Court granted a continuance for the Parties to file their Joint Pre-trial Stipulation by November 15, 2007. See DE 26 of Prior Action. However, the cutoff date for discovery was set at November 9, 2007, and later moved to November 15, 2007. See DE Nos. 9 & 26 of Prior Action. The Court dismissed the Prior Action

on November 21, 2007, for the reason stated above. See S.D. Fla. L.R. 16.1.M; Fed. R. Civ. P. 16(f).  Thus, the Prior Action was dismissed after the extended cutoff date for discovery had passed.

The instant action is now at issue before the Court and involves the same Parties and dispute.  The Prior Action having been set on a four month trial calendar and the Parties having ample time to engage in discovery, the period for which had run before dismissal, there is no need to allow for a discovery period in the instant action.  The Court is within its discretion to limit discovery in the instant action after allowing full discovery in the Prior Action.  Cf. McCants v. Ford Motor Co., Inc., 798 F.2d 1539, 1540 (11th Cir. 1986) (affirming district court order dismissing a case with the condition that no new discovery be allowed in the case to be refiled).

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. Defendant T.S. Margate Co., Ltd.'s Motion To Preclude Discovery Based On Sanction Of Involuntary Dismissal Of Related Prior Action (DE 14) be and the same is hereby **GRANTED**; and

2. The Parties are precluded from propounding discovery requests upon each other.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this    12th     day of June, 2008.

WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record